# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JOHNATHAN CAO** | ) |
| | ) |
| | ) **CIVIL ACTION NO. 18-239** |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES LLC** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 6th day of February, 2019, by and between Plaintiff and Defendant Equifax Information Services LLC that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear his or its own attorney's fees, costs and expenses incurred.

| **FRANCIS & MAILMAN, P.C** | **KING AND SPALDING LLP** |
|---|---|
| */s/ Joseph L. Gentilcore* | */s/ Kendall W. Carter* |
| Joseph L. Gentilcore, Esquire | Kendall W. Carter |
| Alexis I. Lehmann, Esquire | Texas Bar No: 24091777 |
| Francis & Mailman, P.C. | S.D. Texas Bar No. 2679044 |
| 100 S. Broad Street, 19th Floor | 1180 Peachtree St |
| Philadelphia, PA 19110 | Atlanta, GA 30309 |
| Telephone: 215-735-8600 | 404-572-4600 |
| alehmann@consumerlawfirm.com | kcarter@kslaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Equifax Information Services LLC* |

SO ORDERED:

_____

DATE: _____                    VANESSA D. GILMORE,            U.S.D.J.